MARY E. NEUMAN, as Executrix, v. UNION RAILWAY OF NEW YORK CITY.—

Preference granted for December 1, 1925. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.